# Courtroom Minute Entry

**Room:** Beckley  **Case Nos.:** 5:22-mc-185 & 5:21-po-18  **Type:** Show Cause
**Caption:** In Re: Noah Farley  **Judge:** Omar Aboulhosn

**Started:** 10/4/2022 10:07:50 AM
**Ends:**    10/4/2022 10:48:36 AM  **Length:** 00:40:47

| Time | Entry |
|---|---|
| 10:08:06 AM | Judge Omar Aboulhosn |
| 10:08:08 AM | Courtroom Deputy Tammy Davis |
| 10:08:09 AM | AUSA Andrew D. Isabell |
| 10:08:10 AM | E. Ward Morgan, CJA Panel Attorney |
| 10:08:13 AM | Defendant Noah Farley via TEAMS Video |
| 10:08:15 AM | Court Reporter: CourtSmart |
| 10:08:19 AM | **GRAND JURY SHOW CAUSE HEARING 5:22-mc-185** |
| 10:08:45 AM | Judge Omar Aboulhosn |
| 10:08:51 AM | Calls case. |
| 10:08:58 AM | Discusses case number 5:22-mc-185 |
| 10:09:14 AM | Mr. Farley appears via video. |
| 10:09:25 AM | The Court also has Ward Morgan here, an attorney on the CJA Panel Attorney. |
| 10:09:39 AM | Mr. Farley, you also have an outstanding bench warrant against you. |
| 10:10:08 AM | I am trying to take care of everything. |
| 10:10:18 AM | I will appoint Mr. Morgan to represent you. |
| 10:10:22 AM | I also have Andy Isabell, Assistant United States Attorney, present. |
| 10:10:40 AM | Discusses the Rule to Show Cause. |
| 10:11:17 AM | Places the defendant under oath. |
| 10:11:47 AM | You are Noah Farley, correct? |
| 10:11:58 AM | Defendant Noah Farley |
| 10:11:59 AM | Yes, that is correct. |
| 10:12:05 AM | States personal information. |
| 10:12:39 AM | Judge Omar Aboulhosn |
| 10:12:40 AM | In the citation matter, there is a different address. |
| 10:12:54 AM | Defendant Noah Farley |
| 10:12:56 AM | Addresses the Court that he did not know there was a petty offense bench warrant. |
| 10:13:18 AM | Judge Omar Aboulhosn |
| 10:13:21 AM | Discusses missed dates of jury duty. |
| 10:14:44 AM | Defendant Noah Farley |
| 10:14:45 AM | Addresses the Court as to why he did not respond. |
| 10:14:54 AM | Judge Omar Aboulhosn |
| 10:14:56 AM | You cannot just not show up, Mr. Farley. |
| 10:15:55 AM | I believe there was correspondence with you from the Clerk's Office on how to take care of this. |
| 10:16:51 AM | Let me pull that up. |
| 10:18:00 AM | Defendant Noah Farley |
| 10:18:03 AM | Addresses the Court he was already in Colorado. |
| 10:18:15 AM | Judge Omar Aboulhosn |
| 10:18:16 AM | How long are you going to be out in Colorado? |
| 10:18:24 AM | Defendant Noah Farley |
| 10:18:26 AM | Addresses the Court that he hopes to be back home in November. |
| 10:19:01 AM | Judge Omar Aboulhosn |
| 10:19:40 AM | The Court has no problem in excusing you from the child abuse cases. |
| 10:19:54 AM | The fact still stands that you missed at least 8 hearings – well 7 since one was due to COVID. |
| 10:20:29 AM | I will set this aside for just a second and go on the petty offense matter. |
| 10:20:46 AM | **PETTY OFFENSE VIOLATION & OUTSTANDING BENCH WARRANT – 5:21-po-18** |
| 10:20:47 AM | Defendant Noah Farley |
| 10:20:49 AM | States social security number. |
| 10:20:55 AM | Judge Omar Aboulhosn |
| 10:20:57 AM | Discusses citation number 09860654 |
| 10:21:21 AM | Defendant Noah Farley |
| 10:21:24 AM | Addresses the Court. |

| Time | Event |
|---|---|
| 10:21:30 AM | Judge Omar Aboulhosn |
| 10:21:34 AM | Reads citation to the defendant. |
| 10:22:08 AM | Does that sound familiar? |
| 10:22:16 AM | Defendant Noah Farley |
| 10:22:18 AM | Yes sir. |
| 10:22:19 AM | Judge Omar Aboulhosn |
| 10:22:21 AM | I will step off the bench and see if you can discuss a resolution with your attorney and the government. |
| 10:22:35 AM | There is an active bench warrant against you that we need to deal with. |
| 10:24:21 AM | Recording Paused |
| 10:32:18 AM | Recording Resumed |
| 10:32:29 AM | We are back on the record. |
| 10:32:34 AM | Mr. Morgan, what is the status? |
| 10:32:39 AM | CJA Panel Attorney E. Ward Morgan |
| 10:32:43 AM | Discusses proposed agreement with the government regarding the petty offense violation. |
| 10:33:07 AM | Judge Omar Aboulhosn |
| 10:33:09 AM | Did you discuss the No Show Cause? |
| 10:33:19 AM | CJA Panel Attorney E. Ward Morgan |
| 10:33:21 AM | We did. Discusses the proposed agreement with a minimal fine, your honor. |
| 10:34:09 AM | Judge Omar Aboulhosn |
| 10:34:11 AM | Let me deal with the petty offense matter first. |
| 10:34:17 AM | Mr. Farley, you are still under oath. |
| 10:34:38 AM | I know you don't have a copy of the citation but I read that citation to you a moment ago, correct? |
| 10:35:08 AM | Defendant Noah Farley |
| 10:35:10 AM | Yes sir. |
| 10:35:12 AM | Judge Omar Aboulhosn |
| 10:35:16 AM | Advises the defendant of charge(s) and penalties. |
| 10:36:19 AM | Advises the defendant of right to trial and 30 days to prepare. and advised the defendant of |
| 10:36:21 AM | constitutional rights and other rights. |
| 10:38:37 AM | As we discussed, I previously read the probable cause statement to you. |
| 10:38:49 AM | Defendant Noah Farley |
| 10:39:00 AM | Defendant pleads GUILTY to Violation No. 09860654 |
| 10:39:02 AM | **COURT'S FINDING** |
| 10:39:13 AM | The Court ACCEPTS the Guilty Plea of the defendant. |
| 10:39:19 AM | AUSA Andrew D. Isabell |
| 10:39:22 AM | Addresses the Court as to what the state code says about this violation and fine amount. |
| 10:39:46 AM | CJA Panel Attorney E. Ward Morgan |
| 10:39:49 AM | Mr. Farley is agreeable with that, your honor. |
| 10:39:56 AM | Judge Omar Aboulhosn |
| 10:39:58 AM | Do you wish to say anything before I impose sentence, Mr. Farley? |
| 10:40:03 AM | Tell me a little bit about your job. |
| 10:40:19 AM | Defendant Noah Farley |
| 10:40:22 AM | Addresses the Court. |
| 10:41:40 AM | Judge Omar Aboulhosn |
| 10:41:42 AM | Let me do a combination of things here. |
| 10:41:59 AM | **On the citation matter for Driving Suspended – Fine in the amount of $100 plus court costs of $40 = $140** |
| 10:42:16 AM | **On the Failure to Appear for Summons – Fine of $50 for each missed hearing that is 7 x $50 = $350** |
| 10:42:25 AM | Total of $490 for both matters. |
| 10:43:02 AM | What is your email address? |
| 10:43:08 AM | Defendant Noah Farley |
| 10:43:11 AM | Addresses the Court. |
| 10:43:16 AM | Judge Omar Aboulhosn |
| 10:43:19 AM | Discusses how to pay the fines should be paid. |
| 10:43:32 AM | Citation paid via email with instructions that will be emailed to you. |
| 10:43:37 AM | No Show Cause fine by phone with the Clerk's Office. |
| 10:43:48 AM | We will put in the email how to pay. |
| 10:43:54 AM | How much time do you need to pay this? |
| 10:44:07 AM | Defendant Noah Farley |
| 10:44:09 AM | I will pay the $140 when I get paid. |
| 10:44:22 AM | I will pay $100 a week for the Failure to Show. |
| 10:44:30 AM | Judge Omar Aboulhosn |
| 10:44:35 AM | By the end of November you will have it paid? |
| 10:44:44 AM | $140 by end of October |

| | |
|---|---|
| **10:44:49 AM** | $350 for failure to appear for Grand Jury by the end of November. |
| **10:45:17 AM** | I will excuse you from next week's Grand Jury and November's Grand Jury. |
| **10:45:39 AM** | I expect you in December, January and February unless that is extended by the Court. |
| **10:46:05 AM** | If there are any cases where there are child sex cases are involved, you will be excused from those. |
| **10:46:31 AM** | States appeal rights. |
| **10:47:08 AM** | I had fully intended of having you arrested. I am glad that worked out. These matters are serious. |
| **10:47:24 AM** | This matter is now behind you. |
| | Hearing adjourned. |