# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

## AT BECKLEY

IN RE: NOAH PATRICK FARLEY     CASE NO. 5:22-mc-00185

## **O R D E R**

On October 4, 2022, Noah Patrick Farley appeared in person and by counsel, E. Ward Morgan, CJA Panel Attorney[1], for a Show Cause Hearing pursuant to an ***Order*** (ECF No. 1) entered on September 21, 2022 and served on Mr. Farley via personal service by the United States Marshal (ECF No. 2) on September 29, 2022.

The court explained the penalty for a person who fails to appear for jury service under Title 28 U.S.C. § 1866(g):

> Any person summoned for jury service who fails to appear as directed may be ordered by the district court to appear forthwith and show cause for failure to comply with the summons. Any person who fails to show good cause for noncompliance with a summons may be fined not more than $1,000, imprisoned not more than three days, ordered to perform community service, or any combination thereof.

The court then commented on the civic responsibility of persons called for jury duty and the unfair burden that is put on others who do respond to the summons.

Mr. Farley advised the court as to why he failed to respond to his summons and appear for grand jury service on November 9, 2021, February 1, 2022, May 21, 2022, June 21, 2022, July 19, 2022, August 16, 2022, August 17, 2022, and September 13, 2022. Having failed to show good cause, except for his absence on February 1, 2022, it is hereby

---

[1] Mr. Morgan was appointed by the Court, ***sua sponte***, due to Mr. Farley also having an outstanding bench warrant for a petty offense matter, see Case No. 5:21-po-18.  The Court conducted hearings on both matters simultaneously and Mr. Morgan represented Mr. Farley on both matters.

**ORDERED** that a fine of Fifty Dollars ($50.00) for each missed service date for a total of Three Hundred Fifty Dollars ($350.00) shall be paid to the Clerk in full no later than November 30, 2022.

The Court excuses Mr. Farley from service for the months of October and November 2022 and from any cases presented in the future to the Grand Jury involving sexual offenses regarding children.

The Clerk is directed to forward a copy of this order to Noah Patrick Farley, E. Ward Morgan, CJA Panel Attorney, Andrew Isabell, AUSA and the jury administrator.

**ENTERED:** October 4, 2022

Omar J. Aboulhosn
United States Magistrate Judge